FILED'08 JUN 20 08:38USDC-ORE

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| LONNIE JAMISON,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br><br>Defendant | Civil No. 6:07-CV-1220-AA<br><br><br>JUDGMENT |

IT IS ORDERED AND ADJUDGED that this case is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings in accordance with this Court's Order.

Judgment is entered for Plaintiff and this case is closed.

Dated this __18__ day of __July__, 2008.

_____
UNITED STATES DISTRICT JUDGE

JUDGMENT [6:07-cv-1220-aa] - Page 1