WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
   Attorney for Plaintiff

FILED '08 SEP 23 13:30 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**LONNIE JAMISON,**              CV # 07-1220-AA

   Plaintiff,

vs.                              ORDER

**COMMISSIONER of Social Security,**

   Defendant.

---

Attorney fees in the amount of $4,050.00 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this 23 day of September, 2008.

_____
United States District Judge

Submitted on September 18, 2008 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
   Attorney for Plaintiff

ORDER - Page 1